IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Christopher-Michael Williams, | : |
| | : Case No. 2:23-cv-1042 |
| Plaintiff, | : |
| v. | : Judge Graham |
| | : |
| Warden, Chillicothe Correctional Institution, et al., | : Magistrate Judge Jolson |
| | : |
| Defendants. | : |

## OPINION & ORDER

This matter is before the Court upon Plaintiff Christopher-Michael Williams' filing captioned as *Emergency Motion for Preliminary Injunction for Passover*. Doc. 100-1. Plaintiff Williams requests that this Court "grant an emergency injunction to protect Plaintiff's right to observe the Appointed time of Passover." *Id.* In particular, Plaintiff Williams seeks an order "to ensure that the food of the Plaintiff is not opened up by staff or inmates." *Id.*

Those seeking a preliminary injunction must show "(1) they're likely to succeed on the merits, (2) they're likely to suffer "irreparable harm" without a preliminary injunction, (3) the balance of equities favor an injunction, and (4) an injunction is in the public interest." *Fischer v. Thomas*, 78 F.4th 864, 868 (6th Cir. 2023). The "irreparable harm" requirement is "indispensable." *Id.*

Plaintiff Williams cannot satisfy the irreparable harm requirement. Plaintiff Williams does not establish how his requested relief—that his "unleavened bread be unopened and kept in original package"—is necessary to prevent irreparable harm. Doc. 100-1. Furthermore, Plaintiff Williams' concerns are entirely speculative. He notes that "the observance of the Sacred Procession of the Feast of Unleavened Bread has already been approved by the institution for the

[2]

past 3 years," but he does not present any evidence suggesting that his accommodations will be denied now. He describes perceived animosity between himself and an inmate who works in food preparation, but this does not establish a likelihood of injury. In any event, the inmate working in food preparation is not a party to this lawsuit.

For the foregoing reasons, Plaintiff's motion (doc. 100-1) is **DENIED**.

**IT IS SO ORDERED**.

                                              s/ James L. Graham
                                              JAMES L. GRAHAM
                                              United States District Judge

DATE: March 31, 2025